UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**CINDY LOUISE HYCHE DUNN,**
    Petitioner,

v.

**WARDEN KIMBERLY NEELY,**
    Respondent.

7:23-cv-430-CLM-HNJ

## MEMORANDUM OPINION AND ORDER

Petitioner Cindy Louise Hyche Dunn has petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). The magistrate judge has entered a report, recommending the court grant Respondent Kimberly Neely's motion for summary dismissal (doc. 10), to the extent that Dunn seeks relief under 28 U.S.C. § 2241. (Doc. 13). The magistrate judge also recommends that the court notify Dunn that it intends to recharacterize the petition as a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255, warn Dunn that recharacterization will subject any subsequent § 2255 motions to the restriction on second or successive motions, and grant Dunn leave to amend or withdraw the motion. (Doc. 13). *see Castro v. United States*, 540 U.S. 375, 383 (2003). The court has received no objections to the magistrate judge's recommendation.

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **GRANTS** Neely's motion for summary dismissal (doc. 10) and **DISMISSES** Dunn's petition for writ of habeas corpus, to the extent that Dunn seeks relief under 28 U.S.C. § 2241. The court notifies Dunn that it intends to recharacterize her petition as a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 and warns Dunn that the recharacterization will subject any subsequent § 2255 motions to the restriction on second or successive motions under § 2255(h). *See Castro*, 540 U.S. at 383.

Dunn has until on or before **March 13, 2024**, to (1) file an amended motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 that includes all available claims, or (2) withdraw the motion.

The court **DIRECTS** the Clerk of Court to send a copy of this order to Dunn at her address of record.

**Done** and **Ordered** on February 28, 2024.

                                                    _____
                                                    **COREY L. MAZE**
                                                    UNITED STATES DISTRICT JUDGE